# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT L. WALKER JR. | : CASE NO. 3:17-CV-01519(JCH) |
| V. | : |
| TIMOTHY TITUS, and MATTHEW FRYER | : JUNE 15, 2018 |

### STIPULATION OF DISMISSAL

COME NOW the pro se plaintiff and the defendants, through counsel, and pursuant to Rule 41(a) by stipulation do hereby agree and request dismissal the above case, with prejudice; each party shall pay its own costs and fees in connection with this action.

_____ 5-24-18
Notary Public

Colleen Reeves
Notary Public
Connecticut
My Commission Expires 3/31/2020

PLAINTIFF,
VINCENT L. WALKER, JR.

_____
Vincent L. Walker, Jr., pro se
Inmate No. 310832
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

DEFENDANTS,
TIMOTHY TITUS, and MATTHEW FRYER

GEORGE JEPSEN
ATTORNEY GENERAL

By:  /s/ *Erik T. Lohr*
Erik T. Lohr
Assistant Attorney General
Federal Bar No. ct24680
55 Elm Street
Hartford, CT  06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-Mail: Erik.Lohr@ct.gov

9

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically on June 15, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also delivered, in hand by the undersigned, to:

Vincent L. Walker, Jr., *pro se*
Inmate No. 310832
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

/s/ *Erik T. Lohr*
Erik T. Lohr
Assistant Attorney General